

Foster Garvey

100 Wall Street
20th Floor
New York, NY 10005

Main: 212.431.8700
Fax: 212.334.1278
foster.com

Direct Phone: 212.965.4536
kara.steger@foster.com

December 11, 2019

**VIA ECF AND VIA FACSIMILE (212-805-7942)**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   The Kayo Corp. v. Fila U.S.A., Inc., Case No. 18-cv-03981 (AKH)

Dear Judge Hellerstein:

We represent Plaintiff The Kayo Corp. in the above-referenced matter. There is a conference in this matter currently scheduled for January 3, 2020. The parties have conferred and agreed to a one week extension of the exchange of expert reports from December 15, 2019 to December 23, 2019. Given that the holidays are immediately subsequent to this exchange and due to counsel's previously scheduled travel, in order to give the parties time to review one another's expert reports in advance of the conference, counsel for both sides would like to adjourn the conference in order to allow for such review. The parties are available on the following dates: January 22, 23, 24, 27, 28, 29, 30, or 31, 2020. No adjournments or date changes have previously been requested as to this conference.

Respectfully,

Kara M. Steger

cc:   Katie Heilman, Esq.
      David Yearwood, Esq.

*Handwritten annotation (judge's endorsement):* Conf is adjourned until Jan 24, 2020 @ 10:00 am. /s/ A. Hellerstein 12-12-19

FG:10662444.3

SEATTLE    PORTLAND    WASHINGTON, D.C.    NEW YORK    SPOKANE    BEIJING