ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy      Date: 3/16/2020
by Order of Judge Alvin K. Hellerstein

The Kayo Corp. v. Fila USA, Inc. - 18 Civ. 3981 (AKH)

The status conf. previously set for 3/20/2020 is hereby adjourned.

You are hereby notified that you are required to appear for status conf.

Date: April 24, 2020 ~~April, 2020~~
Time: 10:00 am
Place: U.S. Courthouse - Southern District of New York
500 Pearl Street
Courtroom 14D
New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to **all counsel** involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*

3-16-2020