Case 1:18-cv-03981-AKH Document 101 Filed 11/29/21 Page 1 of 1
DocuSign Envelope ID: C31E80D-0B67-4751-8E7B-1C9CCB9F72DF
Case 1:18-cv-03981-AKH Document 100 Filed 11/24/21 Page 1 of 1



# Foster Garvey

100 Wall Street
20th Floor
New York, NY 10005

Main: 212.431.8700
Fax: 212.334.1278
foster.com

Direct Phone: 212.965.4534
andrew.goodman@foster.com

November 24, 2021

**The request is denied. The Court's trial schedule into next year does not permit rescheduling of this matter. So ordered.
/s/ Alvin K. Hellerstein
November 29, 2021**

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>The Kayo Corp. v. Fila U.S.A., Inc., Case No. 18-cv-03981 (AKH)</u>

Dear Judge Hellerstein:

    This firm represents Plaintiff The Kayo Corp. ("Kayo") in the above-referenced action. We write in connection with the November 23, 2021 conference on damages, which was sua sponte adjourned by the Court for about a week to December 1, 2021 (ECF No. 99). Due to a scheduling conflict (regarding personal matters) on December 1, 2021, I respectfully request an adjournment of the rescheduled conference to a later date.

    Without presuming to know the Court's schedule, our office has conferred with Katie Heilman, counsel for Defendant Fila U.S.A., Inc. ("Fila") who does not object to the request, and we are both available on the following dates:

> December 13, 14, 16, or 20, 2021
> January 11, 12, or 13, 2022

    We respectfully request adjournment of the December 1, 2021 conference to one of the aforementioned dates, and thank Your Honor for your attention to this matter.

Respectfully submitted,

*Andrew J. Goodman*
—46C80CA053D4440...

Andrew J. Goodman

cc: All Counsel of Record
Via ECF

FG:11837703.1