UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
THE KAYO CORP.,                                          :
                                                         :
                              Plaintiff,                    :   **ORDER**
                                                         :
        -against-                                     :   18 Civ. 3981 (AKH)
                                                         :
                                                         :
                                                         :
FILA U.S.A., INC.,                                       :
                                                         :
                             Defendant.                    :
                                                         :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 29, 2021, Plaintiff's counsel Andrew J. Goodman requested permission to participate telephonically in the oral argument scheduled for December 1, 2021 (ECF No. 102). I hereby grant that request. Plaintiff's counsel may participate via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        The parties are reminded to submit jointly to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    November 30, 2021                __/s/ Alvin K. Hellerstein_____
               New York, New York             ALVIN K. HELLERSTEIN
                                                      United States District Judge