

<table>
</table>

100 Wall Street
20th Floor
New York, NY 10005

Main: 212.431.8700
Fax: 212.334.1278
foster.com

Direct Phone: 212.965.4534
andrew.goodman@foster.com

February 25, 2022

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The status conference scheduled for March 11, 2022 is adjourned to March 18, 2022. So ordered.
/s/ Alvin K. Hellerstein
March 8, 2022

Re:      The Kayo Corp. v. Fila U.S.A., Inc., Case No. 18-cv-03981 (AKH)

Dear Judge Hellerstein:

This firm represents Plaintiff The Kayo Corp. ("Kayo") in the above-referenced action. A conference was originally scheduled for February 25, but was adjourned at Defendant's request, with our consent to an adjournment to March 11, 2021 (ECF No. 117).  Due to a personal scheduling conflict on March 11, 2022, I respectfully request a very brief adjournment of the rescheduled conference to any date the following week (March 14-18, 2022).

Without presuming to know the Court's schedule, our office has conferred with Katie Heilman, counsel for Defendant Fila U.S.A., Inc. ("Fila") who does not object to the request, and who is also available on March 14-18, 2022.

We respectfully request adjournment of the March 11, 2022 conference to one of the aforementioned dates.  We thank Your Honor for your attention to this matter.

Respectfully submitted,

Andrew J. Goodman
46C80CA053D4440...

Andrew J. Goodman

cc:      All Counsel of Record
Via ECF

SEATTLE          PORTLAND          WASHINGTON, D.C.          NEW YORK          SPOKANE          BEIJING