UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
THE KAYO CORP.,                                               :
:               **ORDER CLOSING CASE**
            Plaintiff,                                        :
   -against-                                                  :   18 Civ. 3981 (AKH)
:
FILA U.S.A., INC.,                                            :
:
            Defendant.                                        :
:
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On August 1, 2022, judgment was entered in favor of Plaintiff.  *See* ECF No. 140.

Costs have now been taxed, *see* ECF No. 145, and there is nothing left to resolve in the case.

Accordingly, the Clerk shall mark the case closed.

       SO ORDERED.

Dated:    August 30, 2022                              /s/ Alvin K. Hellerstein
           New York, New York                 ALVIN K. HELLERSTEIN
                                                  United States District Judge